# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA**

v.

**Criminal Action No.
5: 93-CR-176 (FJS)**

**LOUIS SANAVARIA,**
a/k/a Nunjo

             **Defendant.**
*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 5: 93-CR-176 (FJS) against Louis Sanavaria, the defendant, charging violations of Title 21, United States Code, Section 846 (count 1) and Title 21, United States Code, Section 841(a)(1) (count 4).

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: Interests of Justice.

With respect to this dismissal, defendants (check one):

___ Consents

___ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

                                            GLENN T. SUDDABY
                                            United States Attorney

By:   Richard R. Southwick
       Assistant U.S. Attorney
       Bar Roll No. 506265

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 17, 2007                _____
                                      Hon. Frederick J. Scullin, Jr.
                                      Senior United States District Judge